AO 154 (10/03) Substitution of Attorney

ORIGINAL

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

James Spano
        Plaintiff (s),
V.
Sunil Suri and BCF Loans, Inc.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-7783

Notice is hereby given that, subject to approval by the court, __Plaintiff James Spano__ substitutes
                                                                   (Party (s) Name)

__Daniel E. Lust__, State Bar No. __5276803__ as counsel of record in
(Name of New Attorney)

place of __Andrew D. Manitsky__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Moritt Hock & Hamroff, LLP |
| Address: | 400 Garden City Plaza, Garden City, NY 11530 |
| Telephone: | (516) 873-2000    Facsimile (516) 873-2010 |
| E-Mail (Optional): | dlust@moritthock.com |

I consent to the above substitution.
Date:  9/27/2024

James Spano  _Digitally signed by James Spano Date: 2024.09.27 09:04:01 -04'00'_
(Signature of Party (s))

I consent to being substituted.
Date:  9/27/2024

Andrew D. Manitsky  _Digitally signed by Andrew D. Manitsky Date: 2024.09.27 09:04:46 -04'00'_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:  9/30/2024

s/Daniel E. Lust
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  Oct 1, '24      _/s/ Louis L. Stanton_
                                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/1/24